IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:24-cr-69 (MTT) |
| XAVIER DAVIS, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER OF DETENTION PENDING TRIAL**

On January 14, 2025, Defendant Xavier Davis appeared before the Court for a detention hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure. With the advice of counsel, Defendant has waived opposition to the Government's motion for detention at this time. The Court therefore orders that Defendant be detained in federal custody pending resolution of the charges in this case but will renew consideration of the motion for detention on the merits at Defendant's request.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 15th day of January, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge